■ Anne F. Barclay, Respondent, v. Stephanie Muller, Individually and Doing Business as Stephanie Muller School of Dance, et al., Appellants.— Order denying defendants' motion to dismiss the complaint herein, and order denying the defendant, Henry Luskin's motion to dismiss the com-

plaint herein or for other relief, unanimously affirmed, with one bill of costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.